| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF NEW YORK | *Return Date: **January 29, 2015***<br>*Time: **9:30 a.m.*** |

-------------------------------------------------------X

In re:

HARRY PROPHETE AKA
HARRY PROPHETE, MD

                      Debtor(s)

-------------------------------------------------------X

Chapter 13
Case No.: 814-75403-736

**NOTICE OF MOTION**

SIRS / MADAMS

       **PLEASE TAKE NOTICE**, that MICHAEL J. MACCO, Chapter 13 Trustee of the above captioned estate, will move before the Honorable Robert E. Grossman, United States Bankruptcy Judge on the 29th day of JANUARY, 2015 at 9:30 a.m., at the United States Bankruptcy Court located at the Alfonse M. D'Amato U.S. Courthouse, 290 Federal Plaza – Courtroom 860, Central Islip, New York 11722, for an Order pursuant to 11 U.S.C. §§521 & 1307(c), dismissing this case by reason of the debtor(s)' failure to provide and/or file documents, and for such other and further relief as this Court deems just and proper.

       **PLEASE TAKE FURTHER NOTICE**, that answering papers, if any, shall be filed with the Court and served upon the undersigned no later that three (3) days prior to the return date of this motion.

Dated: Melville, New York
         January 12, 2015

Yours, etc.

                          MICHAEL J. MACCO
                          Chapter 13 Trustee
                          135 Pinelawn Road, Suite 120 South
                          Melville, New York 11747
                          (631) 549-7900

*To:*    *Office of the United States Trustee*
        *Harry Prophete*
        *Vincent Cuocci, Esq., Attorney for Debtor(s)*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X        **tmm1634**

In re:
                                                                 Chapter 13
HARRY PROPHETE AKA                                               Case No.: 814-75403-736
HARRY PROPHETE, MD


                    Debtor(s)                                    **APPLICATION**
--------------------------------------------------------X

TO THE HONORABLE ROBERT E. GROSSMAN, UNITED STATES BANKRUPTCY JUDGE:

        MICHAEL J. MACCO, Chapter 13 Trustee in the above captioned estate, respectfully represents as follows:

        1. The debtor(s) filed a petition under the provisions of 11 U.S.C. Chapter 13 on December 3, 2014, and thereafter MICHAEL J. MACCO was duly appointed and has qualified as Trustee.

        2. As of the date of this motion, the debtor(s) has failed to provide the Trustee with \ copies of 2013 Corporate State and Federal Tax Returns; list of business assets and their fair market value including aging accounts receivable; operating reports with bank statements and proof of tax deposits; amended Chapter 13 Plan; utility bills for the month of December including gas/oil, water, telephone, electric, and cable; and a detailed affidavit regarding disputed debts.

        3. This is a material default and is prejudicial to the rights of the creditors of the debtor(s).

        **WHEREFORE**, the Trustee prays for an Order pursuant to the provisions of 11 U.S.C. §§ 521 & 1307(c), dismissing this case, and for such other and further relief as this Court deems just and proper.

Dated: Melville, New York
      January 12, 2015                              */s/ **Michael J. Macco***
                                                 Michael J. Macco, Chapter 13 Trustee
                                                 135 Pinelawn Road – Suite 120 South
                                                 Melville, New York 11747
                                                 (631) 549-7900

STATE OF NEW YORK        )
COUNTY OF SUFFOLK       )        ss.:

        JANINE ZARRILLI, being duly sworn, deposes and says: deponent is not a party to this action, is over 18 years of age, and resides in Suffolk County, New York.

        On January 12, 2015, deponent served the within:

### NOTICE OF MOTION AND APPLICATION

upon the following parties, at the addresses designated by said parties for that purpose, by depositing a true copy of same, enclosed in a post-paid, properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

*Office of the United States Trustee*
*U.S. Bankruptcy Court*
*Alfonse M. D'Amato U.S. Courthouse*
*560 Federal Plaza*
*Central Islip, NY 11722*

*Harry Prophete*
*35 Marietta Drive*
*Westbury, NY  11590*

*Vincent Cuocci, Esq.*
*Attorney for Debtor(s)*
*320 West Main Street, 2nd Floor*
*Sayville, NY  11782*

                                            ***/s/ Janine Zarrilli***
                                            JANINE ZARRILLI

Sworn to before me this
12th day of JANUARY, 2015

***/s/ Saniyyah S. Greene***
NOTARY PUBLIC
Saniyyah S. Greene
Notary Public, State of New York
No. 01GR6172195
Qualified in Suffolk County
Commission Expires August 6, 2015